## CASE ANNOUNCEMENTS

### *November 17, 2009*

[Cite as *11/17/2009 Case Announcements*, 2009-Ohio-6051.]

## MOTION AND PROCEDURAL RULINGS

**2009–0919. NBC–USA Hous., Inc.–Five v. Levin.**
Board of Tax Appeals, No. 2006–N–1492. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to consolidate this case with 2009–1436, *NBC–USA Hous., Inc.-Thirteen v. Levin*, Board of Tax Appeals, No. 2007–A–110, and the motion of Tax Commissioner to stay briefing in case No. 2009–1436 pending resolution of this case,
It is ordered by the court that the motions are denied.

**2009–1436. NBC–USA Hous., Inc.–Thirteen v. Levin.**
Board of Tax Appeals, No. 2007–A–110. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to consolidate this case with 2009–0919, *NBC–USA Hous., Inc.–Five v. Levin*, Board of Tax Appeals, No. 2006–N–1492, and the motion of Tax Commissioner to stay briefing in this case pending resolution of case No. 2009–0919,
It is ordered by the court that the motions are denied.

**2009–2078. State v. Russell.**
Trumbull App. No. 2008–T–0074, 2009-Ohio-5213. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,
It is ordered by the court that the motion is granted.